UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 21 AM II:5

CLERK US DISTRICT COU
SOUTHERN DISTRICT OF CALIFOR
BY_____ KaIH ____DEPU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1.) Jose Luis BARBOSA-Cardenas,<br>2.) Giovanny Antoni SANTAMARIA-Popoca<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Magistrate Case No.<br><br>'08 MJ 2 2 2 0<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C., Sec. 1324 (a)(2)(B)(iii)<br>Bringing in Illegal Aliens Without<br>Presentation |

The undersigned complainant, being duly sworn, states:

On or about **July 19, 2008,** within the Southern District of California, defendants **Jose Luis BARBOSA-Cardenas and Giovanny Antoni SANTAMARIA-Popoca,** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Jose Miguel GONZALEZ-Aldama, Juana CUELLAR-Sandoval, Gerardo AMADOR-Morales, and Eduardo CASTILLEJO-Castillejo** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **21st** DAY OF **JULY, 2008**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
1.) Jose Luis BARBOSA-Cardenas
2.) Giovanny Antoni SANTAMARIA-Popoca

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Jose Miguel GONZALEZ-Aldama, Juana CUELLAR-Sandoval, Gerardo AMADOR-Morales, and Eduardo CASTILLEJO-Castillejo** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 19, 2008, at approximately 11:10 P.M., Supervisory Border Patrol Agent J. Carrell of the All-Terrain Vehicle (ATV) Unit and Border Patrol Agent J. Gehrich were conducting line watch duties in the Imperial Beach Border Patrol Station area of responsibility. Agents Carrell and Gehrich were notified by the East Scope Operator, Border Patrol Agent S. Galarza, via Agency radio of illegal aliens running north through an area known as "Whiskey 8." This area is approximately one mile west of the San Ysidro, California port of entry and is approximately one hundred yards north of the US/Mexico International Boundary fence.

Agent Galarza stated he observed a group of approximately nineteen suspected illegal aliens running north. Agent Galarza stated that he observed one of the subjects giving directions with his hands. That subject was later identified as defendant #1 **Jose Luis BARBOSA-Cardenas**. The group of nineteen aliens continued traveling north toward an area known as "Area 51." At that time, Agent Galarza observed defendant **BARBOSA** signal with his right hand for nine of the subjects to continue north up the east side of "Area 51" toward Clearwater Road. The other nine subjects, still being guided by defendant **BARBOSA** continued to the west side of "Area 51." Agent Galarza stated that he observed defendant **BARBOSA** six to eight feet ahead of the rest of the group of nine and giving hand signals for the group to follow him. When agents arrived on scene to apprehend the group, Agent Galarza observed defendant **BARBOSA** giving hand signals to the group to run south into the brush to hide. Defendant **BARBOSA** was observed by Agent Galarza traveling west away from the rest of the group.

Agent Carrell, responded to Agent Galarza's observation. Agent Carrell arrived in the area and after a brief search found ten subjects attempting to hide in some brush. Agent Carrell identified himself as a United States Border Patrol Agent and conducted an immigration inspection of all ten subjects, including defendant **BARBOSA**. All ten subjects freely admitted to being citizens and nationals of Mexico present in the United States without proper immigration documents to enter or remain in the United States.

Agent Gehrich, who responded to the other group, found nine subjects attempting to hide in some brush along the side of the road. Agent Gehrich identified himself as a United States Border Patrol Agent and questioned all nine subjects, including one subject later identified as defendant #2 **Giovanny Antoni SANTAMARIA-Popoca**, as to their citizenship and nationality. All nine, admitted to being citizens and nationals of Mexico present in the United States without proper immigration documents to enter or remain in the United States. At approximately 11:15 p.m., all nineteen were arrested and transported to the Imperial Beach Border Patrol Station for processing.

**CONTINUATION OF COMPLAINT:**
**1.) Jose Luis BARBOSA-Cardenas**
**2.) Giovanny Antoni SANTAMARIA-Popoca**


## MATERIAL WITNESSES STATEMENTS:

Material witnesses **Jose Miguel GONZALEZ-Aldama, Juana CUELLAR-Sandoval, Gerardo AMADOR-Morales, and Eduardo CASTILLEJO-Castillejo** agree in summary that they are citizens and nationals of Mexico illegally present in the United States. They admit to entering the United States illegally. The material witnesses stated that they were to pay between $1,300.00 to $2,500.00 (USD) to be smuggled into the United States. All material witnesses were shown photographic line ups and were able to identify defendant #1 **Jose Luis BARBOSA-Cardenas** and defendant #2 **Giovanny Antoni SANTAMARIA-Popoca** as the foot guides of the group.