# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. _08CR2562 ·BTM_ |
| Plaintiff | ) | _08mj2220_ |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| JOSE LUIS BARBOSA - CARDENAS, | ) | |
| Defendant(s) ET AL | ) | Booking No. |

On order of the United States District/<u>Magistrate Judge,</u>       **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

GERARDO AMADOR - MORALES

DATED: _8/5/8_

_____
**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk
**J. JARABEK**

☆ U.S. GPO: 2003-581-774/70082

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95