

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2562-BTM |
| | ) | |
| Plaintiff, | ) | **I N F O R M A T I O N** |
| | ) | |
| v. | ) | Title 8, U.S.C., |
| | ) | Sec. 1324(a)(1)(A)(i) and |
| JOSE LUIS BARBOSA-CARDENAS (1), | ) | (v)(II) - Bringing in Illegal |
| GIOVANNY ANTONI SANTAMARIA- | ) | Aliens and Aiding and |
| POPOCA (2), | ) | Abetting |
| | ) | |
| Defendants. | ) | |

The United States Attorney charges:

On or about July 19, 2008, within the Southern District of California, defendants JOSE LUIS BARBOSA-CARDENAS and GIOVANNY ANTONI SANTAMARIA-POPOCA, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Jose Miguel Gonzalez-Aldama, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: August 5, 2008

KAREN P. HEWITT
United States Attorney

*for* CALEB E. MASON
Assistant U.S. Attorney

CEM:lg:San Diego
7/24/08